**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1155**

———————

KEITH A. BATTEN,

Plaintiff - Appellant,

versus

INTERNATIONAL REFRIGERATED PORT SERVICES,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CA-00-499)

———————

Submitted:  April 12, 2001          Decided:  April 18, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith A. Batten, Appellant Pro Se.  Kevin D. Holden, SPOTTS, FAIN, BUIS, CHAPPELL & ANDERSON, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith A. Batten appeals the district court's order granting summary judgment to Defendant in his Title VII suit for wrongful discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Batten v. International Refrigerated Port Servs.</u>, No. CA-00-499 (E.D. Va. Jan. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>